# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| BAILEY, MICHAEL JOSEPH | § | Case No. 09-48053 |
| BAILEY, KAREN ANN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/29/2010 in Courtroom 642,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/18/2010          By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 2          Date Rcvd: Aug 19, 2010
Case: 09-48053                Form ID: pdf006             Total Noticed: 47

The following entities were noticed by first class mail on Aug 21, 2010.
db/jdb        +Michael Joseph Bailey,    Karen Ann Bailey,    910 N. Pecos Ln,    Mount Prospect, IL 60056-1939
aty           +Mihaela L Raicu,    Raicu Law Firm,    205 W. Randolph St,    Suite 1240,    Chicago, IL 60606-1815
tr            +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
14870266      +Accolade Architects & Builders, Inc,     8120 Central Park Avenue,    Skokie, IL 60076-2907
14870267      +Accolade Construction, Inc.,     8150 Central Park Avenue,    Skokie, IL 60076-2907
14870268      +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15148606       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14870270      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
14870271       Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
14870280       CITIBANK U.S. Service Center,     P.O. Box 769013,    San Antonio, TX 78245-9013
14870272      +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
15132970       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14870273      +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
14870274      +Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14870275      +Chase Home Finance,    P.O. Box 78116,    Phoenix, AZ 85062-8116
14870276      +Chase Na,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
14870277      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14870278       Citi Mortgage,    P.O. Box 183040,    Columbus, OH 43218-3040
14870279      +Citibank Na,    Attn.:  Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
14870285     ++FORD MOTOR CREDIT COMPANY,    PO BOX 6275,    DEARBORN MI 48121-6275
              (address filed with court:  Ford Motor Credit Corporation,     National Bankruptcy Center,
                Po Box 537901,    Livonia, MI 48153)
14870283      +Fia Csna,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
14870284      +First Usa Bank,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
14942164      +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
14870287     ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/carsn,     Po Box 15522,    Wilmington, DE 19850)
14870288       J.P. Morgan Chase Bank N.A.,     P.O. Box 260161,    Baton Rouge, LA 70826-0161
15535386      +JP Morgan Chase Bank NA,    201 N Central Ave Fl 17,    Phoenix,Az 85004-1000
14870289      +Lake County Treasurer,    Lake County Government Center,     2293 North Main Street,
                Crown Point, IN 46307-1854
14870291      +Nissan Motor Acceptanc,    Po Box 660360,    Dallas, TX 75266-0360
14870292      +Peoples Gas,    C/O Bankruptcy Department,     130 E. Randolph Drive,    Chicago, IL 60601-6302
14870293      +Rnb-fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
14870294      +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
14870295      +Unvl/citi,    Attn.: Centralized Bankruptcy,     Po Box 20507,    Kansas City, MO 64195-0507
14870296      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
14870297      +Victoria’s Secret,    Po Box 182273,    Columbus, OH 43218-2273
14870298      +Washington Mutual,    7757 Bayberry Rd.,    Jacksonville, FL 32256-6816
14870299      +Washington Mutual Mortgage,    Attn: Bankruptcy Dept. JAXA 2035,     7255 Bay Meadows Way,
                Jacksonville, FL 32256-6851
14870300      +Wffinance,    Attn: Bankruptcy,    4143 121st St,    Urban Dale, IA 50323-2310
14870301      +Wfnnb/express,    Po Box 182273,    Columbus, OH 43218-2273
14870302      +Wfnnb/victorias Secret,    220 W Schrock Rd,    Westerville, OH 43081-2873
14870303      +Worlds Foremost Bank N,    4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
The following entities were noticed by electronic transmission on Aug 19, 2010.
14870269       E-mail/Text: ebnbankruptcy@ahm.honda.com                           American Honda Finance,
                Po Box 168088,    Irving, TX 75016
14870281      +E-mail/Text: resurgentbknotifications@resurgent.com                           Collection,
                Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
15074443       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2010 00:14:44      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14870282      +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 20 2010 00:14:44      Discover Fin Svcs Llc,
                Po Box15316,    Wilmington, DE 19850-5316
15485499       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 20 2010 00:34:02
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
14870286      +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43      GEMB / Old Navy,
                Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14870290      +E-mail/Text: bankrup@nicor.com                           Nicor Gas,
                Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: pseamann           Page 2 of 2              Date Rcvd: Aug 19, 2010
Case: 09-48053                Form ID: pdf006          Total Noticed: 47

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**                    **Signature:**    *Joseph Speetjens*