# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BAILEY, MICHAEL JOSEPH | § | Case No. 09-48053 |
| BAILEY, KAREN ANN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/BARRY A. CHATZ _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance Po Box 168088 Irving, TX 75016 |  |  |  |  |  |
|  | CITIBANK U.S. Service Center P.O. Box 769013 San Antonio, TX 78245-9013 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage P.O. Box 183040 Columbus, OH 43218-3040 | | | | | |
| | Citi Mortgage P.O. Box 183040 Columbus, OH 43218-3040 | | | | | |
| | Ford Motor Credit Corporation National Bankruptcy Center Po Box 537901 Livonia, MI 48153 | | | | | |
| | Lake County Treasurer Lake County Government Center 2293 North Main Street Crown Point, IN 46307-1896 | | | | | |
| | Washington Mutual 7757 Bayberry Rd. Jacksonville, FL 32256 | | | | | |
| 000001 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | American Express c/o Becket and Lee Po Box 3001 Malvern, PA 19355 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | | | | |
| | Chase Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |
| | Chase Card Services P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase Na Attn: Bankruptcy Dept Po Box 100018 Kennesaw, GA 30156 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | | | | |
| | Fia Csna Po Box 26012 Nc4-105-02-77 Greensboro, NC 27410 | | | | | |
| | First Usa Bank 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | GEMB / Old Navy Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/dicks Sporting Po Box 981439 El Paso, TX 79998 | | | | | |
| | Hsbc/carsn Po Box 15522 Wilmington, DE 19850 | | | | | |
| | Hsbc/carsn Po Box 15522 Wilmington, DE 19850 | | | | | |
| | J.P. Morgan Chase Bank N.A. P.O. Box 260161 Baton Rouge, LA 70826-0161 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department 1844 Ferry Road Naperville, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nissan Motor Acceptanc Po Box 660360 Dallas, TX 75266 | | | | | |
| | Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Victoria's Secret Po Box 182273 Columbus, OH 43218 | | | | | |
| | Victoria's Secret Po Box 182273 Columbus, OH 43218 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wffinance Attn: Bankruptcy 4143 121st St Urban Dale, IA 50323 | | | | | |
| | Wfnnb/express Po Box 182273 Columbus, OH 43218 | | | | | |
| | Wfnnb/express Po Box 182273 Columbus, OH 43218 | | | | | |
| | Wfnnb/victorias Secret 220 W Schrock Rd Westerville, OH 43081 | | | | | |
| | Worlds Foremost Bank N 4800 Nw 1st St Ste 300 Lincoln, NE 68521 | | | | | |
| | Worlds Foremost Bank N 4800 Nw 1st St Ste 300 Lincoln, NE 68521 | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | JP MORGAN CHASE BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-48053 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | BAILEY, MICHAEL JOSEPH | | | Date Filed (f) or Converted (c): | 12/18/09 (f) |
| | BAILEY, KAREN ANN | | | 341(a) Meeting Date: | 01/29/10 |
| For Period Ending: | 12/31/10 | | | Claims Bar Date: | 05/04/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INHERITANCE (u) Life Insurance proceeds from death of debtor's father | 0.00 | 23,810.66 | DA | 23,810.66 | FA |
| 2. BANK ACCOUNTS CHASE CHECKING | 120.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS CHASE SAVINGS ACCOUNT | 250.00 | 0.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS FURNITURE, TV, RADIO, STEREO, APPLIANCES, LINEN, CDs, DVDs, TABLEWARE, ETC. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES BOOKS, FAMILY PICTURES | 65.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL CLOTHES | 750.00 | 0.00 | DA | 0.00 | FA |
| 7. FURS AND JEWELRY WEDDING BANDS, WATCHES, EARRINGS, PENDANT | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 8. INSURANCE POLICIES WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO VARIABLE UNIVERSAL LIFE INSURANCE (W) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. INSURANCE POLICIES WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO VARIABLE UNIVERSAL LIFE INSURANCE (H) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. INSURANCE POLICIES EDWARDS JONES PROTECTIVE LIFE INSURANCE (H) | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. INSURANCE POLICIES EDWARDS JONES PROTECTIVE LIFE INSURANCE (W) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.01c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 09-48053   SPS   Judge: SUSAN PIERSON SONDERBY | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | BAILEY, MICHAEL JOSEPH | Date Filed (f) or Converted (c): | 12/18/09 (f) |
| | BAILEY, KAREN ANN | 341(a) Meeting Date: | 01/29/10 |
| | | Claims Bar Date: | 05/04/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| PROTECTIVE LIFE INSURANCE COMPANY (H) | | | | | |
| 13. INSURANCE POLICIES | 0.00 | 0.00 | DA | 0.00 | FA |
| PROTECTIVE LIFE INSURANCE COMPANY (W) | | | | | |
| 14. INTERESTS IN EDUCATION IRA | 21,049.29 | 0.00 | DA | 0.00 | FA |
| 15. IRA, KEOGH, PENSION | 29,921.46 | 0.00 | DA | 0.00 | FA |
| EDWARD JONES INDIVIDUAL RETIREMENT ACCOUNT (H) | | | | | |
| 16. IRA, KEOGH, PENSION | 1,010.79 | 0.00 | DA | 0.00 | FA |
| EDWARD JONES ROTH INDIVIDUAL RETIREMENT ACCOUNT (H) | | | | | |
| 17. IRA, KEOGH, PENSION | 30,750.98 | 0.00 | DA | 0.00 | FA |
| ADVOCATE RETIREMENT PROGRAM 401(k) | | | | | |
| 18. PARTNERSHIPS | 0.00 | 0.00 | DA | 0.00 | FA |
| JOINT VENTURE INVESTING IN THE PROPERTY LOCATED AT 7233 ROXBURRY, LONG GROVE, IL 60047 | | | | | |
| 19. AUTOMOBILES, TRUCKS, TRAILERS, AND 2005 FORD F150 (H) | 8,500.00 | 0.00 | DA | 0.00 | FA |
| 20. AUTOMOBILES, TRUCKS, TRAILERS, AND 2008 HONDA ODYSSEY (W) | 19,500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 2.50 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $115,017.52 | $23,810.66 | | $23,813.16 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Ver: 16.01c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-48053  SPS  Judge: SUSAN PIERSON SONDERBY | Trustee Name: | BARRY A. CHATZ |
| Case Name: | BAILEY, MICHAEL JOSEPH | Date Filed (f) or Converted (c): | 12/18/09 (f) |
| | BAILEY, KAREN ANN | 341(a) Meeting Date: | 01/29/10 |
| | | Claims Bar Date: | 05/04/10 |

WAITING FOR $0 BALANCE BANK STATEMENTS TO FILE FINAL ACCOUNT

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-48053 -SPS | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | BAILEY, MICHAEL JOSEPH | Bank Name: | BANK OF AMERICA, N.A. |
| | BAILEY, KAREN ANN | Account Number / CD #: | *******0096 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7812 | | |
| For Period Ending: | 12/31/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/01/10 | 1 | Michael J. Bailey | INHERITANCE | 1229-000 | 23,810.66 | | 23,810.66 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 23,811.21 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.59 | | 23,811.80 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,812.40 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.60 | | 23,813.00 |
| 07/09/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 23,813.16 |
| 07/09/10 | | Transfer to Acct #*******6540 | Final Posting Transfer | 9999-000 | | 23,813.16 | 0.00 |
| | | | COLUMN TOTALS | | 23,813.16 | 23,813.16 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 23,813.16 | |
| | | | Subtotal | | 23,813.16 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 23,813.16 | 0.00 | |

Page Subtotals 23,813.16 23,813.16

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2     Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-48053 -SPS |
| Case Name: | BAILEY, MICHAEL JOSEPH |
| | BAILEY, KAREN ANN |
| Taxpayer ID No: | *******7812 |
| For Period Ending: | 12/31/10 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6540 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/09/10 | | Transfer from Acct #*******0096 | Transfer In From MMA Account | 9999-000 | 23,813.16 | | 23,813.16 |
| 09/29/10 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 3,131.32 | 20,681.84 |
| 09/29/10 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 38.50 | 20,643.34 |
| 09/29/10 | 003003 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Claim 000002, Payment 53.88288% | 7100-000 | | 3,288.51 | 17,354.83 |
| 09/29/10 | 003004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 53.88282% | 7100-000 | | 6,898.73 | 10,456.10 |
| 09/29/10 | 003005 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 53.88293% | 7100-000 | | 2,871.96 | 7,584.14 |
| 09/29/10 | 003006 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000005, Payment 53.88285% | 7100-000 | | 7,584.14 | 0.00 |

Page Subtotals     23,813.16     23,813.16

Ver: 16.01c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-48053 -SPS | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | BAILEY, MICHAEL JOSEPH | | Bank Name: | BANK OF AMERICA, N.A. |
| | BAILEY, KAREN ANN | | Account Number / CD #: | *******6540 BofA - Checking Account |
| Taxpayer ID No: | *******7812 | | | |
| For Period Ending: | 12/31/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 23,813.16 | 23,813.16 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 23,813.16 | 0.00 | |
| | | | Subtotal | | 0.00 | 23,813.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 23,813.16 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********0096 | 23,813.16 | 0.00 | 0.00 |
| BofA - Checking Account - ********6540 | 0.00 | 23,813.16 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 23,813.16 | 23,813.16 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*